IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Case Number: 3:16-cr-00060-M |
| | § | |
| LUIS RAFAEL RIOS (11) | § | |
| | § | |
| Defendants. | § | |

## AMENDED ORDER

The Court hereby modifies its Order Accepting the Report and Recommendation of the United States Magistrate Judge Concerning the Guilty Plea of Defendant Luis Rafael Rios. [ECF No. 659]. Defendant Rios is hereby adjudged guilty of violating 18 U.S.C. § 1349 Conspiracy to Commit Health Care Fraud and not 42 U.S.C. § 1320a-7b(b)(2) and 18 U.S.C. § 2 Payment of Illegal Kickbacks and Aiding and Abetting Payment of Illegal Kickbacks. Sentence will be imposed in accordance with the Court's scheduling order. **The Court adopts the findings of the United States Magistrate Judge by clear and convincing evidence that the defendant is not likely to flee or pose a danger to any other person or the community if released and should therefore be released under § 3142(b) or (c).**

SO ORDERED

August 13, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE